No. 633.  RAY, TRADING AS CANDIS O. RAY AGENCY *v.*
KANSAS CITY STOCKYARDS COMPANY OF MAINE, TRADING
AS GOLDEN OX RESTAURANT, ET AL., 400 U. S. 999.  Petition for rehearing denied.  THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

No. 5882.  WILLIAMS *v.* NEIL, WARDEN, 400 U. S. 966.
Motion for leave to file petition for rehearing and other relief denied.

FEBRUARY 24, 1971

No. 5481.  SCHLANGER *v.* SEAMANS, SECRETARY OF THE
AIR FORCE, ET AL.  C. A. 9th Cir.  [Certiorari granted, 400 U. S. 865.]  Application for injunctive relief presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.  MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL are of the opinion that the application should be granted.